| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 03-CR-675-01 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | *04-10352* |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| Kira Nassar<br>22 Sumner Street - 1st Floor<br>Quincy, MA  02169 | Eastern | New York |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable John Gleeson | |
| | DATES OF PROBATION: | FROM 02/17/2004 · TO 02/16/2009 |

**OFFENSE**

Conspiracy to Import MDMA, in violation of 21 U.S.C. 963, 906(a)(1) and 960(b)(3).

*[Stamp: JUN - 9 2004 CHAMBERS OF JUDGE GLEESON]*

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

   6-9-04                                     /s/ John Gleeson
   Date                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

   Nov 29, 2004                               /s/ William G. Young
   Effective Date                             United States District Judge